Case 4:25-cv-00033   Document 46   Filed on 12/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTNEY KAYLEE TRAN, individually and on behalf of similarly situated individuals<br><br>Plaintiff<br><br>v.<br><br>BMB DINING SERVICES KATY, INC. d/b/a Bombshells Restaurant and Bar<br><br>Defendant | CIVIL ACTION NO. 4:25-cv-00033 |

## ORDER OF DISMISSAL

The parties filed a Joint Motion for Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket Entry No. 45). The motion is granted. This case is **DISMISSED with prejudice,** with each party to bear their own attorney fees and costs.

SIGNED on this  2nd  day of  December, 2025.

_Lee H. Rosenthal_
Lee H. Rosenthal
Senior United States District Judge

1